**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 3/1/2021

☒ Pro Se   ☐ Retained   ☐ CJA   ☐ FPD   ☐ USA or other Federal Agency (Appeal Fee Exempt)

Case No: 21-cv-00385-LTB

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive §2254 or §2255
☐ Supplemental Record

Date Filed: 02/26/2021

Appellant: Cedric Greene

Pro Se Appellant:
☐ IFP forms mailed/given   ☐ Motion IFP pending   ☐ Appeal fee paid
☒ IFP denied   ☒ Appeal fee not paid

Retained Counsel:
☐ Appeal fee paid   ☐ Appeal fee not paid   ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by: s/A. Thomas
Deputy Clerk

cc: Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,JD1,PS6,TERMED

## U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00385−LTB

Greene v. Frontier Airlines, Inc.  
Assigned to: Judge Lewis T. Babcock  
Cause: 42:1983 Civil Rights Act

Date Filed: 02/05/2021  
Date Terminated: 02/10/2021  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Cedric Greene**     represented by   **Cedric Greene**  
501 East 6th Street  
Los Angeles, CA 90021  
323−972−9966  
PRO SE

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 1 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |
| 02/05/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |
| 02/10/2021 | 3 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 4 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/26/2021 | 5 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-GPG

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ORDER DISMISSING ACTION

---

Plaintiff Cedric Greene, a resident of Los Angeles, California, has submitted to the Court *pro se* a "Motion Dor [sic] Leave to File a 'Pro Se' Action in the District of Colorado and Request for Judicial Notice." (ECF No. 1).

Mr. Greene is enjoined from filing a civil action *pro se* in this Court unless he complies with the requirements of his filing restrictions under *Greene v. Office of the Comptroller of the Currency*, 19-cv-00821-LTB, ECF No. 10 (D. Colo. June 13, 2019). To file an action in this Court, Mr. Greene must take the following steps:

1. File with the Clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

    A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

    B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other

1

> proceedings in the District of Colorado or any other federal court. If so, he must cite the case number and docket number where the legal issues previously have been raised.
>
> C. A notarized affidavit, in proper legal form, which certifies that, to the best of Plaintiff's knowledge, the legal arguments being raised are not frivolous or made in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that this Court is the proper venue for such action, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

Mr. Greene is not represented by counsel in this action, and he has failed to comply with the filing restrictions. Therefore, the action will be dismissed because Mr. Greene failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greene files a notice of appeal, he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in the District of Colorado. It is

FURTHER ORDERED that Mr. Greene is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this   10th   day of   February  , 2021.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 10, 2021, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 10 day of February, 2021.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ R. Villa,
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 21-cv- 00385- LTB

UNITED STATES OF AMERICA,

Cedric Greene                          ,

Plaintiff,

v.

Frontier Airlines, Inc.          ,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2021

JEFFREY P. COLWELL
CLERK

---

## NOTICE OF APPEAL

Notice is hereby given that Cedric Greene                          ,
(name the plaintiff or defendant)
in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment Dismissing Action in District Court            ,
(describe the order and/or judgment)
entered in this action on the 10th     day of February            , 2021     .

Dated February 22, 2021

Signature: *Cedric Greene Jr.*
Cedric Greene
Printed Name
501 East 6th Street
Address
Los Angeles,         California       90021
City                 State            Zip
(323) 972- 9966
Telephone Number

*Rev. 5/2019*



Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

U.S. District Court of Colorado
901-19Th Street - Room A105
Denver, Colorado 80294-3589

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA
90001
FEB 22, 21
AMOUNT
$0.55
R2305E124058-94