RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2021 MAR 17  AM 10: 28

Tenth Circuit No. 21- 1070

District Court No. 1: 21-CV- 00385- LTB

# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

CEDRIC GREENE,

Plaintiff- Appellant,

v.

FRONTIER AIRLINES, INC.,

Defendant- Appellee.

---

## ENTRY OF APPEARANCE

---

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

---

## TO THE CLERK OF THE COURT:

---

*CEDRIC GREENE* hereby notifies the clerk that he is appearing *pro se* as the *Appellant* in this case.

All notices regarding the case should be sent to the mailing address listed in this legal submission. If the mailing address changes, we will notify the clerk in writing of the new address.

Further, in accordance with 10th Circuit Rule 46.1, *Mr. Greene* certifies that all parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for *Mr. Greene's* appeal.

Mailed on this 10th day of March, 2021

Print Name: Cedric Greene                                        E- Signature: *Cedric Greene*





Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

Scanned US Marshal