APPEAL,JD1,PS6,TERMED

## U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21–cv–00385–LTB

Greene v. Frontier Airlines, Inc.  
Assigned to: Judge Lewis T. Babcock  
Case in other court:  USCA, 21–01070  
Cause: 42:1983 Civil Rights Act

Date Filed: 02/05/2021  
Date Terminated: 02/10/2021  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Cedric Greene**      represented by    **Cedric Greene**  
501 East 6th Street  
Los Angeles, CA 90021  
323–972–9966  
PRO SE

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/05/2021 | 1 | 3 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |
| 02/05/2021 | 2 | | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |
| 02/10/2021 | 3 | 12 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 4 | 15 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/26/2021 | 5 | 16 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 03/01/2021 | 6 | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 5 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed, IFP status on appeal denied in final order,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 03/01/2021) |
| 03/01/2021 | 7 | | |

|  |  | USCA Case Number 21–1070 for <u>5</u> Notice of Appeal filed by Cedric Greene. (athom, ) (Entered: 03/01/2021) |

Case No.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 05 2021

JEFFREY P. COLWELL
CLERK

CEDRIC GREENE,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

**PLAINTIFF'S MOTION DOR LEAVE TO FILE A *"PRO SE"* ACTION IN THE DISTRICT OF COLORADO
AND
REQUEST FOR JUDICAL NOTICE**

---

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

## TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO:

### (1.)

The Plaintiff (Greene) in this matter is *pro se* with restrictions against his name in the District of Colorado.

On December 15, 2020, the Colorado Supreme Court Denied Greene's request to file a petition for writ of certiorari out of time.

Under the written provisions of Federal Rules of Civil Procedure 7(b)(1) and the District of Colorado restriction order, Greene submits a motion for leave to file a *pro se* action in the District of Colorado.

The *pro se* submission is accompanied with a judicial notice request with the supplied information from Cedric Greene

Greene is asking the District Court to take judicial notice under Federal Rules of Evidence 201(c)(2).

## REASONS WHY THE DISTRCIT OF COLORADO SHOULD GRANT GREENE'S *PRO SE* SUBMISSION
## AND
## JUDICIAL NOTICE REQUEST

### (2.)

The Supreme Court's order is attached in which Granted Greene's Motion to File Without Payment, but Denied leave to file a petition for writ of certiorari out of time.

The Supreme Court also ordered the case Dismissed at the state level, and closed the case as of December 15, 2020.

*"See Attached Order of December 15, 2020."*

In Greene's Panel Rehearing submission in the Court of Appeals, he argued that the case matter begun in small claims court in Denver County.

Small claims division of County Court substantiated Greene's claims against FRONTIER AIRLINES.

The only dispute that was before Small Claims of Denver County was Greene improperly introducing the case matter as a Small Claims case in Denver County.

Instead of Small Claims *dismissing the case matter without prejudice* or transferring the case to a different court within county court, it made a decision in an abuse of discretion type manner.

In Greene's quest to appeal a County's ruling, they did not process the matter to District Court, nor did Greene obtain anything from County Court indicating that an appeal was accepted.

Greene refiled the case matter in District Court due to all the complications.

Frontier's representatives in District Court argued that Greene sued *Frontier* again. What actually occurred was Greene's efforts to appeal County's ruling that was entered in an abusive manner.

The Court of Appeals order of September 24, 2020 instead went against Rehearing of the case matter, but provided Greene with the option to Petition in the Colorado Supreme Court.

Following the Court of Appeals order, the Denver District Court made matters more complicated for Cedric Greene with its restrictions that became active as of October 27, 2020.

The Denver District Court then ordered that case material be returned to Cedric Greene under its filing restrictions order and guidelines.

The purpose of submitting a legal request to this Court because complications made matters impossible to obtain Greene's Judgment at the state level.

As argued in the Panel Rehearing case in the Court of Appeal, small claims in Denver County substantiated the claims against Frontier Airlines.

On the other hand, the case was improperly introduced to Denver County as small claims. It should have been introduced to County Court in a different fashion.

He made a valued effort to appeal to District Court, but did not get any cooperation from County Court in his quest to overrule the Denver County official that heard the County case.

The case subjects finally made its way to the State's Highest Court in a delayed fashion.

The State's Highest Court did not accept the delayed case, and the Supreme Court's *dismissal order* supports closure at the State level.

Nevertheless, the civil claims directed at Frontier Airlines was substantiated in County Court when the case was heard under County Court case "18S00517."

Based on all of the above, Greene is presenting a legal request to the Federal Court in Colorado in efforts to take civil action against FRONTIER AIRLINES.

Sent on this 1st day of February, 2021

By: Cedric Greene

E- Signature: *Cedric Greene*

**{EVIDENCE RULE ATTACHMENT}**

**(3.)**

| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: December 15, 2020 |
| Certiorari to the Court of Appeals, 2019CA811<br>District Court, City and County of Denver, 2018CV634 | |
| **Petitioner:**<br><br>Cedric Greene,<br><br>v.<br><br>**Respondent:**<br><br>Frontier Airlines, Inc. | Supreme Court Case No:<br>2020SC934 |
| ORDER OF COURT | |

Upon consideration of the Motion to File Without Payment of Filing Fee filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion to File Without Payment shall be, and the same hereby is, GRANTED.

The Court has reviewed the "Application for a Supreme Court Order to File a Late Petition" and "Affidavit of Cedric Greene in Support of the Request" filed in the above cause. The Court construes said documents as a motion to file a petition for writ of certiorari out of time, and now being sufficiently advised in the premises,

IT IS ORDERED that said motion shall be, and the same hereby is, DENIED.

The Court FURTHER ORDERS the above-captioned matter DISMISSED and the case CLOSED.

BY THE COURT, DECEMBER 15, 2020.



Cedric Greene
51 East 60th Street
Los Angeles, CA 90031

U.S. District Court of Colorado
901 "19Th Street" Room A105
Denver, Colorado 80394-3589

U.S. POSTAGE
$0.75
FCM LETTER
90001 00024
Date of sale
02/01/21
06  2SSK
11415470  SSS
9012102011160431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-GPG

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ORDER DISMISSING ACTION

---

Plaintiff Cedric Greene, a resident of Los Angeles, California, has submitted to the Court *pro se* a "Motion Dor [sic] Leave to File a 'Pro Se' Action in the District of Colorado and Request for Judicial Notice." (ECF No. 1).

Mr. Greene is enjoined from filing a civil action *pro se* in this Court unless he complies with the requirements of his filing restrictions under *Greene v. Office of the Comptroller of the Currency*, 19-cv-00821-LTB, ECF No. 10 (D. Colo. June 13, 2019). To file an action in this Court, Mr. Greene must take the following steps:

1. File with the Clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

   A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

   B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other

> proceedings in the District of Colorado or any other federal court. If so, he must cite the case number and docket number where the legal issues previously have been raised.
>
> C. A notarized affidavit, in proper legal form, which certifies that, to the best of Plaintiff's knowledge, the legal arguments being raised are not frivolous or made in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that this Court is the proper venue for such action, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

Mr. Greene is not represented by counsel in this action, and he has failed to comply with the filing restrictions. Therefore, the action will be dismissed because Mr. Greene failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greene files a notice of appeal, he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in the District of Colorado. It is

FURTHER ORDERED that Mr. Greene is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this   10th   day of    February   , 2021.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 10, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of February, 2021.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ R. Villa,
                                  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 21-cv- 00385- LTB

UNITED STATES OF AMERICA,

Cedric Greene ,

        Plaintiff,

v.

Frontier Airlines, Inc. ,

        Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2021

JEFFREY P. COLWELL
CLERK

## NOTICE OF APPEAL

Notice is hereby given that Cedric Greene ,
(name the plaintiff or defendant)
in the above named case, hereby appeals to the United States Court of Appeals for the Tenth

Circuit from the Order and Judgment Dismissing Action in District Court ,
(describe the order and/or judgment)
entered in this action on the 10th day of February , 2021 .

Dated February 22, 2021

*[Signature: Cedric Greene Jr.]*
Signature
Cedric Greene
Printed Name
501 East 6th Street
Address
Los Angeles,    California    90021
City    State    Zip
(323) 972- 9966
Telephone Number

*Rev. 5/2019*



Cedric Greene
50 East 6th Street
Los Angeles, CA 90021

U.S. District Court of Colorado
901-19th Street - Room A105
Denver, Colorado 80294-3589

80294-250099

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA
90001
FEB 22, 21
AMOUNT
$0.55
R2305E124058-94