Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

March 17, 2021

---

Tenth Circuit No. 21- 1070
Dist. Ct. No. 1: 21- CV- 00385- LTB

Cedric Greene
v.
Frontier Airlines, Inc.

---

Letter Seeking Authorization to Proceed Under the State Court Method
And
Order Asking that All Federal Court Restrictions and Filing Sanctions Be Lifted

---

To the Clerk of the U.S. Court of Appeals Tenth Circuit:

{The State Court Method}

(1.)

The order confirming and clarifying filing restrictions in State Court against Cedric Greene is still in full effect.

Under the Denver District Court's Chief Judge's order, Cedric Greene has to *"write a letter seeking authorization to submit as filing as pro se."*

If the case was an existing matter, the District Court's Chief Judge ask that Cedric Greene *"submit a letter in an existing case."*

Under the guidance and instructions of Cedric Greene's spouse who has supported him through an uncomfortable time for her and him, he is following the instructions in the Chief's order to proceed in State Court.

1

Until the Chief or higher State Court official change the *letter submission method,* Cedric Greene is using that method to proceed in all State Court levels.

This particular case matter appeared in Federal Court because the Colorado Supreme Court *Denied* Cedric Greene's request to file a Certiorari matter out of time.

Being that we have introduced the matter to the Federal Court's of this State based on the Supreme Court's order, we find good reasons to ask the Federal Court for authorization to proceed under the State Court guidelines.

The State Court's does not permit Cedric Greene the authorization to use codes in the *"letter submission format."*

Having said that, Cedric Greene will ask that the briefing in this matter requires him to use the *"Colorado State Court Method"* in addressing the Federal Court's.

---

**The Request for An Order Lifting All Federal Court Restrictions
and
Filing Sanctions**

---

**(2.)**

Mr. Greene has restrictions in both the lower Court and Tenth Circuit.

As we continue to use the State Court method in presenting this request, *Cedric Greene* is asking that the Tenth Circuit revisit the restrictions it issued against his ability to proceed in the Circuit.

Mr. Greene is not an attorney licensed to practice in this court or the District of Colorado.

However, he is *pro se,* and should be permitted to represent himself in any litigation that *he wishes to litigate in the Federal Court's in this State.*

Others may complain or have a negative response to Mr. Greene's request to litigate matters under the *pro se* status in the Federal Jurisdictions of this State.

Others may even express that his cases are unauthorized to proceed under other requirements, but Mr. Greene is unconcerned with those complaints or responses from others.

It doesn't even concern him that they would complain to the officials of their State.

Mr. Greene has made efforts to perform his due diligence to ask those other Jurisdictions to issue him the *jurisdictional relief*. That is a relief that they have declined to issue *repeatedly*.

Why would Cedric Greene wish to litigate under the pro se status in those other jurisdictions and it has been a *tragic embarrassment* to him?

Thus, many relatives of his spouse have a belief that he is responsible for him and his spouse being in *uncomfortable living circumstances.*

One relative in her family sent a message to Mr. Greene expressing that he was being *selfish* about what occurred. They also expressed that they were *Still Heated* about the situation.

The only response that Mr. Greene had to them is that the matter is in the State Court of Colorado.

Mr. Greene had that matter in the Federal Court's of this State, but the restrictions prevented the case. The matter eventually made its way back to Colorado, but now it's before the State.

It's not much more that Mr. Greene can express about that *"Colorado matter."*

Absent any orders from any State Court Colorado official, that matter *does not stop.* It's not even a mediation matter.

They will not see the same Cedric Greene in Colorado that they saw in the opposite state.

It's not much information that Cedric Greene can provide to his *Heated* in- law other than "people are working on that matter."

Any questions that the *heated relative* have has been directed to the attention of Cedric Greene's spouse. Mr. Greene's spouse does not wish for Mr. Greene to discuss the *Colorado case.*

3

Speaking of Mr. Greene's spouse, the Court is being asked to allow him the opportunity to present something on her behalf as well in the Federal Court's of this State *if necessary.*

She does not get the credit that she deserves. Most have the opinion that Cedric Greene is the driving force to what he does.

On the other hand, it's the common- law spouse of Cedric Greene that has stood in his corner when everyone else separated themselves.

She kept Cedric Greene focused and determined, and would not under any circumstances permit him to give up on himself.

Being that Mr. Greene's spouse is the glue that holds him together, Federal officials of this State is being asked to allow him to do something on her behalf *if it is legally necessary.*

As to the State where Mr. Greene is located, that has absolutely nothing to do with his decision.

If his wife has her preference, Mr. Greene has no authority to override her preference or challenge it. Work is something totally different nonetheless.

If Mr. Greene wish to pursue litigation matters in the Federal Court's of this State, why restrict or block it?

If others have a complaint about being named in Colorado, it's accommodations that can be made regarding the *jurisdictional concerns.*

Mr. Greene has to do what is best for himself, and those that still has faith in him. His spouse is one of them. His spouse has observed everything for herself.

It's really nothing much more that they system in that other State can do to Mr. Greene.

They may submit the claim that Mr. Greene's unsuccessfulness in past litigation matters were due to him representing himself. Mr. Greene has a different opinion to their claims.

One of his claims is the unwillingness of his to litigate in their environment. The past complications still sit(s) with him to this moment.

The *tragic embarrassment* they caused him in the presence of his spouse and her family. As previously expressed, one of her relatives is still *Heated* regarding the claims in that *Colorado State Court case.*

Since that relative of Mr. Greene's spouse is *Heated,* Mr. Greene's plans are to punish those individuals in the Colorado State Court's to the *full extent.*

No mediations, No settlement discussions with Cedric Greene, and No Default Entries or Judgments are accepted in that State Court case. Trial in Colorado is mandatory.

The Colorado Civil Rights Division (CCRD) will be a State Court decision. Mr. Greene is going to punish them in Colorado if they permit him to proceed under the pro se status.

If law enforcement at the Federal and State level is contacted, Mr. Greene will express his position to them as well.

Mr. Greene is going to give those individuals a beating in Colorado State Court and inform law enforcement in Colorado the manner in which he is going to do it.

Returning the subject on the Federal Court restrictions in Colorado, the Tenth Circuit is being asked to revisit its past restriction sanctions.

    The Tenth Circuit is also being asked to cancel, lift, and exonerate Cedric Greene of them.

The same should apply for the District of Colorado. The Tenth Circuit is being asked to issue an order to the lower Court to exonerate Mr. Greene from their filing restrictions.

If the Federal Court system uses its authority to lift those restrictions, it should be reminded that the State Court case was a Federal Court matter before it got returned to State Court.

Rather the case remains at the State level or remanded to Federal Court, the outcome will be no different. Mr. Greene is going to give them a beating in the Colorado system.

Until that day comes, it's no information that Mr. Greene will give to his *Heated* in- law. They have to wait just like everyone else. Mr. Greene will have his day, and it will be *in Colorado.*

That is why the filing restrictions and sanctions in Federal Court's in Colorado must be cancelled.

---

## CONCLUSION

---

(3.)

Based on all of the above, Mr. Greene seeks authorization to proceed with this case matter under his Colorado State Court method under the Denver District Court guidelines.

It is further requested that all *Federal Court restrictions* and *sanctions* that was issued against Cedric Greene be revisited for *cancellation* and *exoneration* reasons.

For the Tenth Circuit Court of Appeals,

Name: Cedric Greene                                                                                    E- Signed by: *Cedric Greene*

Cedric Greene
501 E 6th Street
Los Angeles, CA 90031

Scanned by
US Marshal

Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

80257

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA
90013
MAR 24, 21
AMOUNT
$0.75
R2305K136988-11

1024
80257