FILED
United States Court of Appeals
Tenth Circuit

March 30, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1070
(D.C. No. 1:21-CV-00385-LTB)
(D. Colo.)

_____

## ORDER

_____

This matter is before the court on Appellant Cedric Greene's document titled "Letter Seeking Authorization to Proceed Under the State Court Method and Order Asking that All Federal Court Restrictions and Filing Sanctions be Lifted."

Appellant requests this court to lift filing restrictions/sanctions imposed by this court and by the United States District Court for the District of Colorado. Upon consideration, this request is denied as set forth below.

To the extent Appellant seeks to lift filing restrictions with respect to this appeal, the motion is denied as unnecessary. This court has not ordered Appellant to comply with filings restrictions with respect to this appeal.

To the extent Appellant requests this court to order the District of Colorado to lift its filing restrictions, the motion is denied without prejudice to renewing the arguments in the opening brief. Appellant should present any arguments--that the district court erred in

dismissing the underlying case for failure to comply with district court filing restrictions—in the opening brief.

Appellant's opening brief remains due April 26, 2021.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        By: Sunil N. Rao
                                              Counsel to the Clerk