UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

September 21, 2021

Mr. Cedric Greene  
501 East 6th Street  
Los Angeles, CA 90021

**RE:**   21-1051, 21-1070, 21-1245, Greene v. Denver County Court, et al  
   Dist/Ag docket: 1:21-CV-00330-LTB

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

CMW/jjh