UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
1823 Stout Street
Denver, Colorado 80257

Tenth Circuit No. 21-1051
D.C. No. 1:21-CV-00330-LTB

CEDRIC GREENE,

Plaintiff-Appellant,

v.

DENVER COUNTY COURT; RODEWAY INN/OYO HOTEL,

Defendant-Appellees.

Tenth Circuit No. 21-1070
D.C. No. 1:21-CV-00385-LTB

CEDRIC GREENE,

Plaintiff-Appellant,

v.

FRONTIER AIRLINES, INC.,

Defendant-Appellee.

Tenth Circuit No. 21-1245
D.C. No. 1: 21-CV-01613-LTB

CEDRIC GREENE,

Plaintiff-Appellant,

v.

CHARTER SPECTRUM, INC.,

Defendant-Appellee.

## PETITION FOR PANEL REHEARING

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972-9966
Email: cedricgreene33@yahoo.com

---

## TO THE CLERK OF THE COURT AND THE TENTH CIRCUIT PANEL:

---

### 1.

The Court's order was issued on September 21, 2021, but it was not issued to Cedric Greene until September 30, 2021.

Under the written provisions of Federal Rules of Appellate Procedure 40(a)(1), Greene and his family will ask for the Court and assigned Panel to rehear the case matter.

We ask the Court and Panel for a rehearing of the case circumstances in hope that we can obtain the opportunity to further proceed with these case matters in the District of Colorado *"in compliance with the restrictions guidelines with their Chief Judge."*

We are also in agreement to work with the District of Colorado's clerk's office to obtain the necessary information attached to the legal pleading seeking leave to pursue these cases.

If the District of Colorado was to deny our leave to initiate civil matters, we will ask the Tenth Circuit to reserve our right to appeal under Rule 4.

Also, the Court is being asked to be mindful that the order was distributed to Cedric Greene on September 30, 2021.

We ask that his time begin under Rule 40(a)(1) from the date the order was issued to him by his mailing address of record.

---
### REASONS WE ARE ASKING FOR THE PANEL TO REHEAR THE CASE MATTERS
---

### 2.

Before addressing the District of Colorado, we must issue a response to the Court's order regarding the restrictions of the Ninth Circuit, as well as the federal district courts in California and Nevada.

Those restrictions were placed on *Mr. Greene* for reasons that had no legitimate legal basis or reasoning. The restrictions also went outside the scope of litigations.

However, California is the home state of Greene's spouse. That's all we wish to express in our Panel Rehearing matter before the Tenth Circuit regarding that portion of the order.

The District of Utah and Kansas restrictions had legal basis and circumstances, just as the District of Colorado. These case matters appeared in this Court by way of appeal from the District of Colorado.

Mr. Greene didn't follow the guidelines set out for him in the District of Colorado during that given time.

It's certainly possible that his drive to proceed in Colorado could have resulted in him doing something other than what was asked in the restrictions outlined by their Court.

On the other hand, we recognize that Greene's drive and determination is no basis to neglect his obligations to proceed *pro se* in the District of Colorado.

That is why we are before the Tenth Circuit asking that the Panel provides Greene with a second opportunity to obey the restrictions of the District of Colorado.

If given another opportunity, a *motion for leave to proceed pro se* will be presented. We will also work with their Court to attach records so that matters can move through their process.

At this stage in the legal process, it's not about merit matters or proving our case issues, it's about obtaining authorization from this Court to obey the District of Colorado.

Being that we agree to obey the District of Colorado's restriction order, the Panel is being asked to *Rehear* our case appeals.

We also seek *Rehearing on the in forma pauperis* status in this Court. Greene should be *Granted* his opportunity to correct his defects in the below court.

---

## CONCLUSION

---

### 3.

For all the above reasons, we are before the Panel and the Tenth Circuit asking that matters be *reconsidered* in our *Panel Rehearing case.*

The case submission isn't about merit claims or being able to prove the case. Greene and his family are not concerned with that whatsoever *at this time.*

This submission is about getting the opportunity to comply with the District of Colorado restrictions so that the cases can be heard in their court.

Since this matter is solely on complying with obligations set out for Greene to proceed *pro se* in the lower court, we don't ask the Court to vacate their restrictions.

We ask that the Court provide us with an opportunity to comply, and that is why we are hopeful that this Court Grant out Rule 40(a)(1) rehearing case.

For the Tenth Circuit Panel,

Date: October 1, 2021                                                                 Signature: *Cedric Greene*



Cedric Greene
501 E. 6th Street
Los Angeles, CA. 90021

Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

Scanned by US Marshal