FILED  
United States Court of Appeals  
Tenth Circuit

October 5, 2021

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

DENVER COUNTY COURT, et al.,

    Defendants - Appellees.

No. 21-1051  
(D.C. No. 1:21-CV-00330-LTB)  
(D. Colo.)

---

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1070  
(D.C. No. 1:21-CV-00385-LTB)  
(D. Colo.)

---

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

CHARTER SPECTRUM, INC.,

    Defendant - Appellee.

No. 21-1245  
(D.C. No. 1:21-CV-01613-LTB)  
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **KELLY**, and **McHUGH**, Circuit Judges.

_____

Appellant's petition for rehearing is denied.

                                Entered for the Court

                                CHRISTOPHER M. WOLPERT, Clerk